```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 06 B 04173
   MYRON G JAWORSKYJ
   STEPHANIE A JAWORSKYJ                       CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-0776    SSN XXX-XX-0143

------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 04/14/2006 and was confirmed 06/07/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 11/07/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------
WASHINGTON MUTUAL          CURRENT MORTG         .00           .00           .00
WASHINGTON MUTUAL          MORTGAGE ARRE     8315.29           .00       8315.29
AT & T WIRELESS            NOTICE ONLY      NOT FILED          .00           .00
CAPITAL ONE                UNSEC W/INTER    1858.99            .00           .00
HOUSEHOLD BANK             NOTICE ONLY      NOT FILED          .00           .00
PORTFOLIO RECOVERY ASSOC   UNSEC W/INTER    4054.16            .00           .00
CAPITAL ONE                UNSEC W/INTER     791.54            .00           .00
WASHINGTON MUTUAL          NOTICE ONLY      NOT FILED          .00           .00
PORTFOLIO RECOVERY ASSOC   UNSEC W/INTER     643.12            .00           .00
VAlUE CITY                 UNSEC W/INTER     253.71            .00           .00
ASSET ACCEPTANCE CORP      UNSEC W/INTER      63.70            .00           .00
ASSET ACCEPTANCE CORP      UNSEC W/INTER        .00            .00           .00
GREAT SENECA               UNSEC W/INTER    2243.59            .00           .00
RESURGENT CAPITAL SERVIC   UNSEC W/INTER    1865.42            .00           .00
ERNESTO D BORGES JR        DEBTOR ATTY      2,200.00                     2,200.00
TOM VAUGHN                 TRUSTEE                                         559.71
DEBTOR REFUND              REFUND                                             .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                    RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE            11,075.00

PRIORITY                                     .00
SECURED                                 8,315.29
UNSECURED                                    .00
ADMINISTRATIVE                          2,200.00
TRUSTEE COMPENSATION                      559.71
DEBTOR REFUND                                .00
                   ---------------     ---------------
TOTALS             11,075.00            11,075.00

                 PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 06 B 04173 MYRON G JAWORSKYJ & STEPHANIE A JAWORSKYJ
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/27/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE